Ernest R. **ELLIS**, Sr., Claimant–
Appellant,

v.

Eric K. **SHINSEKI**, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2013–7028.

United States Court of Appeals,
Federal Circuit.

Aug. 26, 2013.

Rehearing and Rehearing En Banc
Denied Nov. 20, 2013.*

---

* Circuit Judge Hughes did not participate.

Peter J. Sebekos, of Niagara Falls, NY, argued for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Martie Adelman, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

PROST, O'MALLEY, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**